**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Timothy Young, Respondent,

v.

State of South Carolina, Petitioner.

Appellate Case No. 2017-000240

---

**ON WRIT OF CERTIORARI**

---

Appeal From Horry County
Benjamin H. Culbertson, Trial Judge
Paul M. Burch, Post-Conviction Relief Judge

---

Unpublished Opinion No. 2020-UP-027
Heard December 11, 2019 – Filed January 29, 2020

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Attorney General Alan McCrory Wilson, Senior Assistant Deputy Attorney General Megan Harrigan Jameson, and Assistant Attorney General Johnny Ellis James, Jr., all of Columbia, for Petitioner.

David B. Tarr, of Law Office of David B. Tarr, LLC, of Columbia, for Respondent.

---

**PER CURIAM:** We granted the State's petition for a writ of certiorari to review the post-conviction relief court's grant of relief to Timothy Young. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**LOCKEMY, C.J., and KONDUROS and HILL, JJ., concur.**